```
                                                U. S. DISTRICT COURT
                                                DISTRICT OF OREGON
                                                      FILED

                                                    MAY 9 1978

                                                ROBERT M. CHRIST, CLERK
                                                BY              DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

In the Matter of the Plan for  )   File No. Misc. OR 78-5
Prompt Disposition of          )
Criminal Cases                 )   ORDER

The attached Plan for Prompt Disposition of Criminal Cases Pursuant to Speedy Trial Act of 1974, 18 U.S.C. § 3161-74, is adopted this 9th day of May, 1978.

_____
Chief Judge

_____
Judge

_____
Judge

Page 1 - ORDER